UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JACQUIE HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-CV-46-SNLJ |
| ) | |
| CONCENTRIX CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

This matter is before the Court on defendant Concentrix Corporation's motion to compel discovery (#18). Concentrix filed its motion on October 23, 2017. Plaintiff Jacquie Hart did not oppose the motion, and the time for doing so has lapsed. Because there is no objection, the motion is granted.

Hart is ordered to provide full and complete answers to Interrogatories Nos. 4–5, 8, and 10. Hart is also ordered to produce the documents requested in Document Requests Nos. 1, 3–8, 10, 12–13, 18–20, 22–24, 26–62, 66, and 72–73. Hart shall do so within fourteen days. As requested by Concentrix, the Court will entertain an affidavit establishing its costs and attorneys' fees.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Concentrix's motion to compel (#18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Hart shall comply with the discovery requests within fourteen days.

1

So ordered this  3rd  day of November, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE